Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (510) 409-7197
Fax. (925) 262-4643

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | ) Chapter 13 Case No.: 09-47344-EDJ13 |
| | ) |
| Costandi G. Nijmeh | ) **Notice of Voluntary Conversion from** |
| | ) **Chapter 13 to Chapter 7 Case** |
| | ) |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |

The Debtor, pursuant to 11 U.S.C. Sec. 1307(a), hereby elects to convert the above-captioned chapter 13 case to a case under chapter 7 of the Bankruptcy Code.  The Debtor is entitled to convert this case because:

1. This case, filed on August 11, 2009, is a case under chapter 13 of the Bankruptcy Code.

2. The Debtor is eligible to be a debtor under chapter 7 of the Bankruptcy Code.

3. The Debtor did not previously convert this case.

WHEREFORE, the Debtor prays for relief under chapter 7 of the Bankruptcy Code.

Date:  March 4, 2010                    /s/ Stan E. Riddle
                                        Stan E. Riddle, Attorney for Debtors

I, Constandi Nijmeh, hereby declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  March 4, 2010                    /s/ Costandi Nijmeh
                                        Costandi Nijmey, Debtor