Stan E. Riddle (Bar No. 167732)
Law Offices of Stan E. Riddle
2950 Buskirk Ave., Suite 300
Walnut Creek, CA 94597
Tel. (510) 409-7197
Fax. (925) 262-4643

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re ) Chapter 13 Case No.: 09-47344 EDJ 13
)
    Costandi G. Nijmeh ) **Certificate of Service**
)

Address: 2021 Tupelo Way, Antioch, CA
Soc. Sec. No.: xxx-xx-9607

        Debtor(s)

    I am over 18 years of age and not a party to the within action; my business address is 2950 Buskirk Ave., Suite 300, Walnut Creek, CA 94597. On the date set forth below, I served a true and correct copy of the following document(s):

1. **Notice of Voluntary Conversion from Chapter 13 to Chapter 7 Case**

on the party or parties named below by depositing these documents in the United States Mail, with first-class postage attached thereto, and addressed as follows:

1. **U.S. Trustee:**
   Office of the U.S. Trustee
   1301 Clay Street, Suite 690N
   Oakland, CA 94612-5217

2. **Chapter 13 Trustee:**
   Martha G. Bronitsky
   Chapter 13 Standing Trustee
   P.O. Box 5004
   Hayward, CA 94540-5004

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 4, 2010                      /s/ Stan E. Riddle
                                                       Signature of Attorney for Debtor

Case: 09-47344    Doc# 17    Filed: 03/04/10    Entered: 03/04/10 13:27:15    Page 1 of 1