**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form OCH

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Costandi G. Nijmeh<br>Debtor(s) | Case No.: 09−47344 EDJ 7<br>Chapter: 7 |

**ORDER FOR DEBTOR(S) TO APPEAR AT CONTINUED MEETING OF CREDITORS**

Parties are hereby notified that the meeting of creditors is continued to:

| | |
|---|---|
| **DATE:** April 27, 2010 | **TIME:** 01:00 PM |
| **LOCATION:** Office of the U.S. Trustee, 1301 Clay St. Room 680N, Oakland, CA 94612 | |

Dated: 4/1/10

By the Court:

Edward D. Jellen
United States Bankruptcy Judge